**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Ryan Dean, | : | |
| | : | |
| Plaintiff, | : | **No.** 09-887 (MJD/FLN) |
| | : | |
| vs. | : | |
| | : | **DEFENDANT'S RULE 7.1** |
| Control4, Inc., a Utah corporation, | : | **CORPORATE DISCLOSURE** |
| | : | |
| Defendant. | : | |

Defendant Control4 Corporation, by and through its undersigned counsel, hereby states that Control4 Corporation is a privately owned Delaware corporation. No publicly-held corporation owns ten percent (10%) or more of Control4 Corporation's stock.

Dated this 7th day of May, 2009.

        JONES WALDO HOLBROOK & McDONOUGH PC

        By  /s/ Mark D. Tolman
         Michael Patrick O'Brien (Utah Bar #4894)
         Mark D. Tolman (Utah Bar #10793)
         Attorneys for Defendant
         170 South Main Street, Suite 1500
         Salt Lake City, UT  84101
         (801) 521-3200

   AND

        LEONARD, STREET AND DEINARD, P.A.
        Amy Kern Walsh, Attorney No. 307609
        Attorneys for Defendant
        150 South Fifth Street, Suite 2300
        Minneapolis, MN  55402
        (612) 335-1500

6098103v1